FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 DEC 21 PM 2: 37

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Violation Numbers 1752901 NE16 |
| Plaintiff, | ) | 2147036 NE14 |
| | ) | 1753252 NE14 |
| vs. | ) | 1753253 NE14 |
| | ) | **ORDER** |
| DANIEL C. KORCEK, | ) | |
| | ) | |
| Defendant. | ) | |

On the motion of the United States Attorney's Office, the above-referenced mattes are hereby dismissed.

ORDERED this **21st** day of December, 2010.

BY THE COURT:

_____
THOMAS D. THALKEN
UNITED STATES MAGISTRATE JUDGE